# United States District Court

SOUTHERN  DISTRICT OF  IOWA

RECEIVED MAR 2 8 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

V.

BRIAN REYNOLDS

**WARRANT FOR ARREST**

CASE NUMBER: 3:11-mj-19

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Brian Reynolds__
Name

and bring him forthwith to the nearest judge to answer a

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

enticement of a minor and attempted production of child pornography

in violation of Title __18__ United States Code, Section(s) __2422(b), 2251(a) & (e)__

Thomas J. Shields
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

March 22, 2011, at Davenport, Iowa
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Davenport, Iowa

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/22/2011 | James E McMillan Special Agent, FBI | J E McMn |
| DATE OF ARREST 03/28/2011 | | |