

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:11-cr-42 |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | T.18, U.S.C., §§2251(a), 2251(e), 2 |
| BRIAN EDWARD REYNOLDS, ) | T.18, U.S.C., §§2252(a)(2), 2252(b)(1) |
| ) | T.18, U.S.C., §2422(b) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Production of Child Pornography)

In and around December of 2008 and January of 2009, the exact dates unknown to the grand jury, in the Southern District of Iowa, the defendant, BRIAN EDWARD REYNOLDS, did employ, use, persuade, induce, and entice a person under the age of eighteen, that is, a female approximately thirteen years of age, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor, for the purpose of producing a visual depiction of such conduct, specifically a digital recording, such visual depiction having actually been produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce.

This is a violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Receiving Child Pornography)

Beginning during or about December of 2008, and continuing until during or about January of 2009, in the Southern District of Iowa, the defendant, BRIAN EDWARD REYNOLDS, did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, the producing of said visual depictions involving the use of a minor, that is, a person under the age of eighteen (18) years, engaging in sexually explicit conduct as defined in Title 18, United States Code, §2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Enticement of a Minor To Engage In Illicit Sexual Activities)

That during the period beginning in about the Summer of 2008, and continuing to on or about January 30, 2009, in the Southern District of Iowa, and elsewhere, the defendant, BRIAN EDWARD REYNOLDS, did use facilities of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, a 13-year old girl, to engage in sexual activities for which a person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Production of Child Pornography)

In and around January of 2011, the exact dates unknown to the grand jury, in the Southern District of Iowa, the defendant, BRIAN EDWARD REYNOLDS, did employ, use, persuade, induce, and entice a person under the age of eighteen, that is, a female approximately seventeen years of age, to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals or pubic area of said minor, for the purpose of producing a visual depiction of such conduct, specifically a digital video recording, such visual depiction having actually been produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce, and knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce.

This is a violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 2.

**A TRUE BILL.**

/s/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
Clifford R. Cronk III
Assistant United States Attorney