UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of IOWA

April 2, 2024

United States,
    Plaintiff,

v.

Brian Edward Reynolds,
    Defendant.

RECEIVED
APR 05 2024
CLERK U.S. DIST... ...RT
SOUTHERN DISTRICT...

Motion for Reduction of Sentence under §3582 and §3553 1B1.10.

    Comes now, defendant in a criminal action and moves the Court to reduce his sentence and states the following in support thereof:

    ① Legislation passed and enacted in November, 2023 only allows one point against federal defendant in sentencing enhancements when defendant is already under a sentence from a prior conviction.

2) The defendant in this matter was under current sentence for the state of Iowa at time of arrest and sentencing in the federal conviction.

3) This would reduce defendants sentence which was 384 months in the federal conviction.

Wherefore, defendant moves the court to reduce his sentence and request reduction of 60 months. This amount of time allows a remainder of sentence to ensure the completion of rehabilitative efforts for the defendant to be prepared for society and society to be prepared for him. This is in the interest of all parties and Justice.

Respectfully Submitted
Brian Reynolds

Brian Reynolds
12773030
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Legal Mail

RECEIVED PEORIA IL 616
APR 03 2024
03 APR 2024 PM 2 T

FCI PEKIN MAIL ROOM

12773-030
Court Federal District
131 E 4TH ST
Davenport, IA 52801
United States

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter w[illegible]s p[illegible]cessed through special mailing proce[illegible] for forwarding to [illegible]u. The letter has n[illegible]r been opened nor inspected. If the writer r[illegible]ses a question or problem over which th[illegible]acility has jurisdiction, you may wish to retu[illegible] material for furthe[illegible] information or clarific[illegible]. If the writer enc[illegible] correspondence for f[illegible]w[illegible]ing to another [illegible]ressee, please re[illegible]n the enclos[illegible] [illegible]e address.